**FRIEDMAN, JAMES & BUCHSBAUM LLP**
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, NY 10038
(212) 233-9385
BF-9219

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

AL GAYOSO,

              Plaintiff,

    -against-

THE CITY OF NEW YORK,

             Defendant.

-------------------------------------------------X

08 CV-1624 (CM)

**AFFIDAVIT**
**OF PERSONAL SERVICE**

STATE OF NEW YORK  )
                        : SS.:
COUNTY OF NEW YORK)

I, KAREN KNIGHT, being duly sworn, depose and say:

I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the 20th day of February, 2008 at 11:49 a.m., I served defendant THE CITY OF NEW YORK, by personally delivering a true copy of the

Summons and Complaint in the above-captioned action upon Docket Clerk, Tamekia Mendes-Gammon, a representative of the New York City Law Department duly authorized to accept service, at 100 Church Street, 4th Floor, New York, New York 10007.

The representative acknowledged service by stamping a copy of the documents.

_____
KAREN KNIGHT

Sworn to before me this
20th day of February, 2008

_____
Notary Public

LISA LYONS
Notary Public, State of New York
No. 01LY6146987
Qualified in Richmond County
Commission Expires May 30, 20 10