UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

AL GAYOSO,

                                Plaintiff,

- against -

THE CITY OF NEW YORK,

                                Defendant.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CIV.1624

NYC File No.: 2008-005835

To the Clerk of this Court and all parties of records

    Enter my appearance as counsel (Lead Attorney & Attorney to be Noticed) in this case for:

THE CITY OF NEW YORK

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       March 13 2008

                                          Yours, etc.,
                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                          Attorney for Defendant
                                          100 Church Street
                                          New York, New York  10007
                                          By:  _____

                                          Anshel David, Esq.
                                          Assistant Corporation Counsel
                                          Bar No.:  AD4295
                                          (212) 788-0602
                                          FAX: (212) 788-8887
                                          E-MAIL: adavid@law.nyc.gov

TO:    FRIEDMAN, JAMES & BUCHSBAUM LLP
        Attorney for Plaintiff
        132 Nassau Street, Suite 900
        New York, New York  10038